IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 7 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-CV-01454

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

LANTZ NORRIS, #069124,

    Plaintiff,

v.

MAYOR OF CENTENNIAL RANDY PYE,
COLORADO STATE BOARD OF NURSING,
COLORADO STATE BOARD OF MEDICAL EXAMINERS,
EXEC. DIRECTOR TAMBOR WILLIAMS,
MAYOR OF AURORA ED TAUER,
AURORA CITY GOVT.,
AURORA CHIEF OF POLICE,
CHIEF OATS,
AURORA POLICE DEPARTMENT,
OFFICERS JOHN DOE AND JANE DOE 1-200,
ARAPAHOE COUNTY COMMISSIONER - BERNIE ZIMMER,
PATRICK J. SULLIVAN,
DETENTION FACILITY,
SHERIFF J GRAYSON ROBINSON,
DEPUTY SHERIFFS 1-100,
DS FINGER,
DS CLINE,
DS CARLE,
DS BIDON,
CHIEF LAUDERDALE,
CAPT. BAY,
LT. HARTMAN,
MAILROOM - LT. MANOS,
SUE WHITE,
CORRECTIONAL HEALTHCARE MGMT.,
HSA - ELAINE MYERS,
DR'S SCHNEGE,
DR. GARLICK,
NURSES GOSS, IVERSON & COMPLETE MEDICAL STAFF 1-100,
CLASSIFICATION NANCY SIVEK, MI,
ARAMARK FOOD SERVICE,

EDDIE CILMER,
JANE STADDISH,
MAURICE WOMAK (Dietician),
SGT. MARTINEZ,
SGT. WISCOMB,
SGT. ROSS,
DR. SOLIS (CHM),
ARAPAHOE COUNTY JAIL LAW LIBRARY,
MS. BRITTANY,
MS. SHEILA CLARKE, and
JOHN DOE & JANE DOE 1-500,

      Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) __ is not submitted
(2) __ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing required financial information
(5) __ is missing an original signature by the prisoner
(6) __ is not on proper form (must use the court's current form)
(7) __ names in caption do not match names in caption of complaint, petition or habeas application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) __ other _____

**Complaint, Petition or Application:**

| | | |
|---|---|---|
| (10) | X | is not submitted |
| (11) | __ | is not on proper form (must use the court's current form) |
| (12) | __ | is missing an original signature by the prisoner |
| (13) | __ | is missing page nos. ___ |
| (14) | __ | uses et al. instead of listing all parties in caption |
| (15) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (16) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | __ | names in caption do not match names in text |
| (18) | __ | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 26th day of July, 2006.

BY THE COURT:

CRAIG B. SHAFFER
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06 - CV - 01454

Lantz Norris
Reg. No. 069124
ACDF
P.O. Box 4918
Englewood, CO 80155

   I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on  7-27-06

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk